Samuel A. NEIDICH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7086.

Circuit Court of Appeals, Third Circuit.

July 14, 1939.

Ruby R. Vale, of Philadelphia, Pa., for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Joseph M. Jones, Sp. Assts. to Atty. Gen., for respondent.

Before MARIS, BIDDLE and BUFFINGTON, Circuit Judges.

PER CURIAM.

This case arises out of the same corporate transactions which were before the Court of Claims in Davis v. United States, 26 F.Supp. 1007. It is indistinguishable in principle from Groman v. Commissioner, 302 U.S. 82, 58 S.Ct. 108, 82 L.Ed. 63, Helvering v. Bashford, 302 U.S. 454, 58 S.Ct. 307, 82 L.Ed. 367, and Hedden v. Commissioner, 3 Cir., 105 F.2d 311. The decision of the Board of Tax Appeals is affirmed upon the authority of those cases.

Lula F. NIBLETT, as Administratrix of the Estate of William C. Niblett, Deceased, Appellant, v. The PENNSYLVANIA RAILROAD COMPANY, Appellee.

No. 397.

Circuit Court of Appeals, Second Circuit.

June 30, 1939.

Gazance & Caldwell, of New York City, (Morton L. Fearey, of New York City, of counsel), for appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Ray Rood Allen and G. Hunter Merritt, both of New York City, of counsel), for appellee.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Earl Randolph PARKER v. UNITED STATES of America.

No. 1930.

Circuit Court of Appeals, Tenth Circuit.

Sept. 13, 1939.

T. H. Reeve, Jr., of Bartlesville, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, for failure to prosecute, on motion of appellee.